IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-20088-SHL |
| | ) | |
| RODRIGUS CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

VERDICT FORM

We, the jury, unanimously find as follows:

**COUNT ONE**

1. We find the Defendant, Rodrigus Carter, as to Count 1:

Guilty X        Not Guilty ______

7/29/26
DATE

[signature]
PRESIDING JUROR
CLOYCE SUTTON II

FILED IN OPEN COURT
DATE: 7/29/2026
TIME: 2:50 PM
INITIALS: JAM